08CV4691
JUDGE COAR
MAG. KEYS

**FILED**
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Cindy Webb
(Please print)

STREET ADDRESS: 114 W. 110th St.

CITY/STATE/ZIP: Chicago, IL 60628

PHONE NUMBER: (773) 853-3676

CASE NUMBER: _____

Cindy Welch     8·18·08
Signature      Date